UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH BIGELOW,

    Plaintiff,

v.

                                Case No. 1:24-cv-342

AARON RUTGERS, et al.,            HON. PAUL L. MALONEY

    Defendants.
_____/

## JUDGMENT

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered.

Dated:  September 8, 2025                    /S/ PAUL L. MALONEY
                                                          PAUL L. MALONEY
                                                          UNITED STATES DISTRICT JUDGE